UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRON CURRY, #385116,

       Petitioner,

v.　　　　　　　　　　　　　　　　　　　CIVIL CASE NO. 05-CV-74112-DT
　　　　　　　　　　　　　　　　　　　　HONORABLE DENISE PAGE HOOD

DOUGLAS VASBINDER,

       Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                            s/ DENISE PAGE HOOD
                                            DENISE PAGE HOOD
                                            UNITED STATES DISTRICT JUDGE

DATED: November 30, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2005, by electronic and/or ordinary mail.

                                            s/William F. Lewis
                                            Case Manager